UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:06-CR-76-1BR

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| **Miguel Rumbo-Bustos** ) | |

On this the 1rst day of November, 2010, comes Jeffrey L. Keller, Supervising U.S. Probation Officer, in open court at Raleigh, North Carolina, who shows the court that Miguel Rumbo-Bustos appeared before the Honorable W. Earl Britt, Senior U.S. District Judge, with counsel on August 7, 2006, and upon a plea of guilty to Illegal Re-Entry After Deportation in violation of 8 U.S.C. § 1326 was sentenced to the custody of the Bureau of Prisons for a term of 27 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Miguel Rumbo-Bustos was released from custody and the term of supervised release commenced on April 14, 2008.

From evidence presented, the court finds as a fact that Miguel Rumbo-Bustos, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to follow the instructions of the probation officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months which shall be served consecutively to the sentence imposed in the Southern District of California (Docket No.: 08-CR-2515-GT) which was completed on January 14, 2010.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS RECOMMENDED** that the defendant be allowed to serve his term of imprisonment at a facility in or near Atlanta, Georgia.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 8 day of November 2010 .

_____
W. Earl Britt
Senior U.S. District Judge